HENRY OETERS, Appellant, v. THE CITY OF NEW YORK, Respondent.— Action to recover the value of two buildings demolished and removed by the superintendent of buildings as unsafe. Judgment dismissing the complaint at the close of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

ETTA B. PINES, Respondent, v. NORTHERN INSURANCE COMPANY OF NEW YORK, Appellant.— Order denying, on condition, defendant's motion to dismiss the complaint for failure to prosecute affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

MARGARET PLOWER, Respondent, v. E. W. WEBER, Appellant, and JOHN J. FITZPATRICK, JR., Defendant.— Action for personal injuries suffered as a consequence of a collision of two automobiles. Order setting aside a verdict on certain conditions, as being inadequate, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

LEON M. PRINCE and Another, Copartners, Doing Business under the Firm Name and Style of PRINCE & LOEB and Another, Appellants, v. EDWARD A. SCHMIDT, Respondent, and MASSAPEQUA COMPANY, INC., Defendant.— Order denying plaintiffs' motion to dismiss the counterclaim contained in the answer of defendant Schmidt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.